IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA FERGUSON, *et. al.*, | CASE NO.1:11-cv-1326 |
| Plaintiff, | **ORDER ON DEFENDANT'S MOTION FOR TERMINATING DISCOVERY SANCTION** |
| vs. | (Doc. 35.) |
| CITY OF MODESTO, *et. al*, et al., | |
| Defendants. / | |

In this excessive force action, Defendants City of Modesto, Eric Shuller, Felton Paine, Robert Laxton, and Matthew McMahon ("Defendants") seek terminating sanctions against Plaintiffs Tara Ferguson and Cathy Silva ("Plaintiffs") for repeated failure to appear for their scheduled depositions. Plaintiffs filed no timely papers to oppose Defendants' motion for sanctions. The motion was heard on August 31, 2012 at 9:00 AM, before the United States Magistrate Judge Barbara A. McAuliffe. Counsel James Wilson appeared by telephone on behalf of Defendants. Plaintiffs Tara Ferguson and Cathy Silva, proceeding *pro se*, appeared in person.

This is Defendants second motion for terminating sanctions based on Plaintiffs failure to appear for the taking of their depositions. On July 13, 2012, the Court issued an order denying Defendants' initial motion for terminating sanctions for Plaintiffs failure to appear for their noticed depositions. The

Court ordered Plaintiffs to appear for their depositions within 45 days of the Court's order. (Doc. 30). On July 13, 2012, Defendants re-noticed Plaintiffs' depositions for July 31, 2012. (Doc. 31). On July 31, 2012, Plaintiffs again failed to appear for their scheduled depositions. On August 2, 2012, Defendants renewed their motion for terminating sanctions due to Plaintiffs second failure to appear.

At the hearing on Plaintiffs second motion for sanctions, Plaintiffs indicated that they did not receive all of the communications from Defendants' counsel due to changes in their addresses. Plaintiffs provided the Court with updated contact information and asked the Court for an additional 45 days to retain new counsel. Defendants did not oppose the request. Defendants' Counsel further indicated that he would wait 45 days to re-notice Plaintiffs' depositions to allow Plaintiffs the needed time to retain new counsel.

Based on the circumstances presented at the hearing, it is hereby **ORDERED** that:

1. Defendants' Motion for Sanctions for Willful Failure of Plaintiffs to Appear for the Taking of their Depositions is **DENIED**. (Doc. 31);

2. Plaintiffs Tara Ferguson and Cathy Silva have 45 days from the date of this order to seek new counsel.

3. Plaintiffs are advised that a status conference is **SET** for October 16, 2012 at 9:30 am in Courtroom 8. Plaintiffs, or their new counsel, may appear by telephone by first joining in on one line and calling chambers at 559-499-5789.

4. Plaintiffs are **ADMONISHED** that further failure to comply with deposition requests—or with this Order—is likely to result in terminating sanctions.

5. The address of Plaintiff Tara Ferguson is 345 N. 3rd Street #5 San Jose, CA 95112. The address of Plaintiff Cathy Silva is 453 Arleta Ave. San Jose, CA 95128 . The Clerk of the Court is **DIRECTED** to serve a copy of this order on Plaintiffs Tara Ferguson and Cathy Silva at their respective addresses.

IT IS SO ORDERED.

Dated:   September 6, 2012            /s/ **Barbara A. McAuliffe**
                                        UNITED STATES MAGISTRATE JUDGE