# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA FERGUSON, CATHY SILVA,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF MODESTO, *et. al*,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. CV 11-01326  LJO BAM<br><br>**ORDER SETTING A FURTHER<br>STATUS CONFERENCE**<br><br>Date:  November 1, 2012<br>Time:  9:00 a.m.<br>Dept.: 8 (BAM) |

　　　　On October 16, 2012, the Court conducted a status conference to determine whether Plaintiffs Tara Ferguson and Cathy Silva have retained new counsel.  At the conference, Plaintiffs indicated that they have met with several attorneys in an effort to retain new representation, but have been unsuccessful.  In light of the due diligence by Plaintiffs in trying to find an attorney, the Court sets a further **STATUS CONFERENCE** for November 1, 2012 at 9:00 a.m. in Courtroom 8 before Judge Barbara A. McAuliffe to allow Plaintiffs a final continuance in this matter.  The parties will be permitted to attend the conference by a **joint** telephone call to the Court.

　　　　The day before the status conference, Plaintiffs must contact defense counsel, Jim Wilson, by telephone at (209) 577-5284.  Mr. Wilson will instruct the plaintiffs on the procedure for joining in a telephone conference for the November 1 conference with the Court.  Individual telephone calls by plaintiffs to the Court will not be permitted for the November 1 status conference.  Plaintiffs are

1  further advised that the November 1 status conference is the final status conference.  If Plaintiffs are
2  not represented by counsel, Plaintiffs must be prepared to represent themselves in this matter.
3  Defendants will be allowed to continue with this case and a date for Plaintiffs' depositions will be
4  set.  No further continuances to seek new counsel will be granted.
5     IT IS SO ORDERED.
6  **Dated:   October 16, 2012**                         **/s/ Barbara A. McAuliffe**
                                                  UNITED STATES MAGISTRATE JUDGE