# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA FERGUSON, *et. al.*, | CASE NO. CV 11-01326 LJO BAM |
| Plaintiff, | **ORDER REQUIRING PLAINTIFFS' ATTENDANCE AT DEPOSITIONS; AMENDED SCHEDULING ORDER** |
| v. | Initial Disclosure:    Completed |
| | Expert Disclosure:    December 6, 2012 |
| CITY OF MODESTO, *et. al*, | Supplemental Expert Disclosure:    January 4, 2013 |
| Defendant. | Non-expert Discovery Cutoff:    February 12, 2013 |
| | Expert Discovery Cutoff:    March 4, 2013 |
| | Pretrial Motion Filing Deadline:    April 2, 2013 |
| | Pretrial Motion Hearing Deadline:    May 2, 2013 |
| | Settlement Conf.:    Not set. |
| | Pretrial Conf.:    Date:  May 23, 2013 / Time:  8:30 a.m. / Dept:  4(LJO) |
| | Jury Trial: (10 days est.)    Date: July 9, 2013 / Time:  8:30 a.m. / Dept.: 4(LJO) |

1

1    On November 1, 2012, the Court conducted a telephonic status conference in the above-referenced matter. (Doc. 41.) At issue was Plaintiffs' efforts to locate new counsel, and Defendants' need to secure a date-certain to take the depositions of Plaintiffs. Plaintiffs have been unable to secure new counsel, and will proceed with the remainder of this action in *pro per*.

The parties also discussed a mutually agreeable date to take Plaintiffs' depositions. Defendants shall take Plaintiffs' depositions on December 4, 2012 at a time and place designated in the deposition notice. Defendants will properly notice the depositions in a manner that complies with Fed. R. Civ. P. 30. As Plaintiffs have previously been cautioned (Doc. 38), Plaintiffs' failure to attend the December 4, 2012 depositions may result in terminating sanctions pursuant to Fed. R. Civ. P. 37(b).

Additionally, the Court has found good cause to amend the scheduling order. (Doc. 13.) The deadline to disclose experts is continued from November 5, 2012 to **December 6, 2012.** The supplemental expert disclosure deadline is continued from December 3, 2012 to **January 4, 2013.** All other scheduling dates remain the same. All dates are listed on the face page of this order.

IT IS SO ORDERED.

Dated:   **November 1, 2012**              /s/ **Barbara A. McAuliffe**
                                           UNITED STATES MAGISTRATE JUDGE