SUSANA ALCALA WOOD, City Attorney #156366
JAMES F. WILSON, Senior Deputy City Attorney #107289
City of Modesto
P.O. Box 642
1010 Tenth Street, Suite 6300
Modesto, California 95353
Telephone: (209) 577-5284
Facsimile: (209) 544-8260

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

**TARA FERGUSON and CATHY SILVA,**

    Plaintiffs,

    vs.

**CITY OF MODESTO, a municipal entity, ERIC SCHULLER, FELTON PAINE, ROBERT LAXTON, and MATTHEW MCMAHON, public employees, and DOES 1 to 25,**

    Defendants.

No. 1:11-CV-01326-LJO-BAM

**STIPULATION AND ORDER RE: DISMISSAL OF THE ACTION**

## STIPULATION

The plaintiffs Tara Ferguson and Cathy Silva, in pro se, and the defendants, by and through their counsel of record, hereby stipulate and agree that, with the court's approval, in exchange for the waiver of the defendants' right to recover the cost of defending the action, the plaintiffs will, and hereby do move the court for the dismissal of all claims against all defendants in the above-entitled action, with prejudice.

///

///

///

///

///

**IT IS SO STIPULATED.**

Dated: Dec. 4, 2012

SUSANA ALCALA WOOD
City Attorney

By: ___/s/_____
   **JAMES F. WILSON**
   Senior Deputy City Attorney
   Attorneys for Defendants

Dated: Dec. 4, 2012

TARA FERGUSON

___/s/_____
   Plaintiff, In Pro Se

Dated: Dec. 4, 2012

CATHY SILVA

___/s/_____
   Plaintiff, In Pro Se

## ORDER

**IT IS HEREBY ORDERED THAT**, in light of the foregoing stipulation among the parties to this action, the plaintiffs' complaint should be, and hereby is **DISMISSED** with prejudice. This Court VACATES all pending dates and matters, including the May 23, 2013 pretrial conference and July 9, 2013 trial. This Court DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   December 5, 2012**     __/s/ Lawrence J. O'Neill____
   UNITED STATES DISTRICT JUDGE